**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 09a0463n.06

No. 08-1260

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
**Jul 06, 2009**
LEONARD GREEN, Clerk

TERRANCE LOMBARD,                                  )
                                                   )
    Plaintiff-Appellant,                       )
                                                   )
v.                                                 )  ON APPEAL FROM THE UNITED
                                                   )  STATES DISTRICT COURT FOR THE
UAW INTERNATIONAL UNION, Local 174,                )  EASTERN DISTRICT OF MICHIGAN
                                                   )
    Defendant-Appellee.                        )

Before: BOGGS, Chief Judge; BATCHELDER and COOK, Circuit Judges.

COOK, Circuit Judge. Terrance Lombard appeals the decision of the district court to enter summary judgment for the UAW International Union and its Local 174 chapter. Lombard sued the defendants-appellees for breaching their duty of fair representation in a grievance against his employer, Chrome Craft Corporation. After reviewing the record, the applicable law, and the parties' briefs, we find that the district court carefully and correctly set forth the facts and the governing law. This court's issuance of a full opinion would serve no jurisprudential purpose and would be duplicative, and so we affirm the grant of summary judgment, adopting the reasoning of the district court's opinion of February 7, 2008.